IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK OWENS                                                                                          PLAINTIFF
ADC #097156

V.                                       NO. 5:06CV00124 JLH

KEYS, et al                                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 1st day of August, 2006.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE